

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00340-CV

**IN THE MATTER OF THE GARCIA MARITAL TRUST**

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017-CVK-002555-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 19, 2018

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was filed on May 23, 2018 and the reporter's record was filed on July 5, 2018.  Appellant's brief was therefore due on August 6, 2018.  On August 17, 2018, we ordered appellant to file, on or before August 27, 2018, a written response explaining why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).  Appellant failed to respond to our order.  We therefore dismiss this appeal for want of prosecution.

PER CURIAM